GEORGE HEATH, Appellant, v JOHN S. WOJTOWICZ et al., Respondents.

Submitted May 2, 2005; decided June 16, 2005

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion (see NY Const, art VI, § 3 [b]; CPLR 5602).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARK WILLIAMS, Appellant, v MICHAEL ALLARD, Acting Superintendent, Gowanda Correctional Facility, Respondent.

Submitted May 2, 2005; decided June 16, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.